ORDERED UNSEALED on 03/05/2026 s/ MelindaJV

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KESHAUN MARQUISE LEWIS (1)<br>*aka K-Brazy*,<br>CLYDE CEASER PRICE III (2)<br>*aka Lil June*,<br>ZEANGELO CINQUE AHMAD PUGH (3)<br>*aka AO Bubb*,<br><br>Defendants. | Case No.: 26mj418<br><br>Title 18 U.S.C. § 922(o) and 924(a)(2) – Possession of a Machinegun; Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; Title 26 U.S.C. §5861(d) – Possession of an Unregistered Firearm; Title 18 U.S.C. § 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2 – Engaging in the Business of Dealing in Firearms |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 10, 2023, within the Southern District of California, defendants Keshaun Marquise LEWIS, Clyde Ceaser PRICE III, and Zeangelo CINQUE AHMAD PUGH did knowingly possess a machinegun, to wit: a RPB Industries 9mm pistol designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and is therefore a machinegun as defined in 26 U.S.C. § 5845(b); in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT TWO

On or about August 10, 2023, within the Southern District of California, defendants Keshaun Marquise LEWIS and Clyde Ceaser PRICE III, knowing they had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition that traveled in and affected interstate commerce, to wit: a RPB Industries 9mm pistol and 10 rounds of 9mm Luger ammunition; in violation of Title 18 United States Code, Section 922(g)(1).

COUNT THREE

On or about August 10, 2023, within the Southern District of California, defendants Keshaun Marquise LEWIS, Clyde Ceaser PRICE III, and Zeangelo CINQUE AHMAD PUGH did knowingly possess a firearm, to wit: a RPB Industries 9mm pistol designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and is therefore a machinegun, as defined in Title 26, United States Code, Section 5845(b), not registered in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

COUNT FOUR

Beginning no later than July 11, 2023, and continuing through October 24, 2022, within the Southern District of California, defendants Keshaun Marquise LEWIS, Clyde Ceaser PRICE III, and Zeangelo CINQUE AHMAD PUGH, not being licensed as importers, manufacturers, and dealers of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly and willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

Joseph Siehlmann

Joseph Siehlmann
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of January 2026.

HON. BRIAN J. WHITE
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been a Special Agent with the FBI since December 2022. I am currently assigned to the San Diego Field Division working as a member of the San Diego East County Regional Gang Task Force in El Cajon, California. My duties include the investigation and apprehension of individuals involved in violent gang-related activities, narcotics distribution, and illegal firearm possession and sales. I received 20 weeks of training at the FBI Academy in Quantico, Virginia. During that training, I learned various techniques for investigating criminal organizations, including criminal street gangs. Through my employment as an FBI Special Agent, I have become familiar with and have participated in all the traditional methods of narcotics and illegal firearms investigations, including, but not limited to: visual surveillance, questioning of witnesses, the use of search warrants, handling of informants and cooperating witnesses, pen registers, monitoring Title III interceptions, and undercover operations.

3. This affidavit is made in support of the criminal complaint charging Keshaun Marquise LEWIS, Clyde Ceaser PRICE III, and Zeangelo Cinque Ahmad PUGH. During my duties, I have learned the following information from reports prepared by myself and other law enforcement officers. The following does not contain all the information known to me or other law enforcement officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

Controlled Purchase of Firearm on August 10, 2023

4. On August 10, 2023, a confidential source, CS-1,[1] under direction of investigators, purchased an RPB Industries fully automatic 9mm pistol with obliterated serial number (herein referred to as the "Mac 10") and 10 rounds of 9x19mm (9mm) Luger ammunition from LEWIS for $2,000. Prior to the controlled purchase, CS-1 used a consensually monitored cell phone provided to him/her by investigators to communicate with LEWIS, who used telephone number 619-856-8286,[2] about the purchase of the Mac

---

[1] CS-1 was working with law enforcement from approximately July 1, 2021 to September 2024. CS-1 was cooperating prior to a plea agreement in a federal case against him/her. CS-1's federal case involved approximately 1.228 kilograms of cocaine seized during a traffic stop. CS-1 was told that he/she would be charged federally, but that he/she could cooperate for consideration of a lower sentencing recommendation from the United States. CS-1 has since pled guilty to possessing cocaine with the intent to distribute and has been sentenced to 33 months in that case. During his/her time cooperating in the present investigation, CS-1 provided investigators with intelligence, controlled purchases, and consensually monitored communications with potential subjects. Investigators believe CS-1 has been reliable to the degree CS-1 has been corroborated by recordings or other means. In approximately September 2024, CS-1, while in the presence of his/her lawyer, admitted to illegally selling narcotics while cooperating with law enforcement. In October 2024, CS-1 was remanded to custody based on that violation. CS-1 was then closed as a Confidential Human Source by the FBI. CS-1's criminal history includes the following convictions (sentences provided where available): 1984, Possession of concentrated cannabis, misdemeanor, 3 days jail, 3 years probation; 1990, Possession of a narcotic/controlled substance, felony, 3 years probation; 1991, Assault with a deadly weapon, not a firearm, GBI likely, misdemeanor, 15 days jail; 1992, Assault with firearm on person, felony, 225 days jail, 3 years probation; 1993, Carry/bring firearm into vehicle, misdemeanor, 75 days jail, 3 years probation; 1993, Assault with firearm on person, felony, 4 years prison; 1999, Conspiracy to distribute 500 grams or more of cocaine, felony, 120 months custody; 2008, Conspiracy to distribute 500 grams or more of cocaine, felony, 120 months custody; 2012, Possess/Purchase cocaine base for sale, felony, sentence stayed; 2013, Possess/Purchase cocaine base for sale, felony, 6 years prison.

[2] Keshaun LEWIS is the user of this phone number. The T-Mobile serviced cell phone is subscribed to "Keshaun Lewis" at 4977 Manomet Street, San Diego, CA 92113. This address is also registered address of LEWIS' 2014 black Dodge Charger, which is registered

10. The communications were recorded. The following communications between CS-1 and LEWIS happened at the approximate times on the specified dates.

3. On August 8, 2023, CS-1 received a text message of a picture of a black Mac 10 handgun with the message "1800 kbrazy[3] said." CS-1 told investigators that the message was sent to him/her by Kynesha Owens, who CS-1 reported to be a relative of LEWIS:




in his name. Finally, based on surveillance, LEWIS arrived at the controlled purchase in a manner consistent with his use of 619-856-8286, which was used to set up the deal.

[3] Based on previous reporting by CS-1, knowledge that gang members often go by monikers instead of their real names, LEWIS going by username "kbraz5000" on Instagram, and an intercepted telephone conversation documented in a later paragraph of this Complaint in which PUGH refers to LEWIS as "K-brazy," I believe that "kbrazy" is in reference to LEWIS. I further believe "1800" to mean the firearm was for sale for $1,800.

4. At approximately 8:48 p.m. on the same day, CS-1 called LEWIS. The following is a transcript of the voice conversation:

CS-1: What exactly was that you just sent me? You know, that you trying to dump?

LEWIS: That was uhh AK, I mean, what is it an Uzi?

CS-1: Is it really an Uzi? Nine-millimeter or what?

LEWIS: Yeah.

CS-1: Do me a favor, how much you want for that?

LEWIS: They want 2,000 for it.

CS-1: 2,000. God damn, is it brand new?

LEWIS: Yeah, but I think the lowest he'd go is 1,800.

CS-1: Send me another picture of it. You know, with it open and shit so I can show this dude – see if he'd bite.

LEWIS: Alright.

CS-1: I mean with the clip out of it, then put it in, if you can make a little video and I'd buy it tonight if he want it. Or early in the morning, one of them.

LEWIS: I'm gonna see right now.

CS-1: Alright

Based on my training, experience, and knowledge of this investigation, I believe LEWIS' statements saying, "They want 2,000 for it" and "I think the lowest he'd go is 1,800" to mean that LEWIS was not in possession of the firearm and that he was acting as a middleman for the deal for his source of supply, who had physical control of the firearm at the time.

5. On August 10, 2023, at approximately 7:57 a.m., CS-1, using the consensually recorded phone, sent the following text message to LEWIS: "I have 1500 bucks will have the around noon if."

6. On August 10, 2023, at approximately 9:09 a.m., CS-1, using the consensually recorded phone, called LEWIS:

CS-1: What's up blood, I got 1600 bucks.

LEWIS: I needs more I told you G, these are (unintelligible)

CS-1: Will try to hustle up (unintelligible), get ready.

LEWIS: Alright.

Based on my training, experience, and knowledge of the investigation, I believe CS-1 told LEWIS that he/she had $1,600 to purchase the Mac 10. LEWIS responded that he needed more money. CS-1 then indicated that he/she would work to get the money.

7. On August 10, 2023, at approximately 10:45 a.m., LEWIS texted CS-1 on the consensually recorded phone: "huh". Based on the context, I believe LEWIS was asking CS-1 for a status.

8. On August 10, 2023, at approximately 11:29 a.m., CS-1 called LEWIS. The following is a transcript of the voice conversation:

CS-1: What's up Blood?

LEWIS: What's up Blood?

CS-1: Yeah, we can link up around 4 o'clock man? Where do you want to meet at?

LEWIS: Shit, um the dude, my cousin live right there by (inaudible) I told you.

CS-1: Fam Mart or something?

LEWIS: He ain't going all that way to Fam Mart he's on house arrest.

CS-1: Right there on Euclid and Division?

LEWIS: Yeah right there by the (inaudible).

CS-1: Alright I will be there about 3 or 4, somewhere up in there it's for sure though?

LEWIS: Yeah alright just call him. I live all the way in Clairemont so just call me 30 minutes before you exit.

CS-1: Alright.

Based on my training, experience, knowledge of this investigation, and verbiage used by LEWIS, I believe that LEWIS's cousin, who he believed to be on house arrest, would be providing the Mac 10 for him to sell to CS-1 during this transaction.

9. On August 10, 2023, at approximately 2:59 p.m., CS-1 called LEWIS. The following is a transcript of the conversation:

CS-1: Hey are you about ready man?

LEWIS: Yeah, I'm on my way down there right now, ah I'll meet you down there and I'll leave my house right now.

10. On August 10, 2023, at approximately 3:00 p.m., investigators began physical surveillance in the area of the National City Plaza, located at 2323 Division Street, National City, CA 91950, the intended location for the controlled purchase.

11. On August 10, 2023, at approximately 3:30 p.m., investigators met with CS-1 and searched him/her and his/her vehicle for any contraband or weapons with negative results. CS-1 was found to have $16 in personal money which investigators secured. Investigators then provided him/her with $2,000 in government funds and equipped him/her with a video recording device and an audio recording and transmitting device.

12. On August 10, 2023, at approximately 3:56 p.m., LEWIS called CS-1. The following is a transcript of the conversation:

CS-1: They want to know if you have any more of them?

LEWIS: Oh shit, uh my cousin I got to talk to my cousin.

CS-1: They don't got no bodies or nothing on it do it?

LEWIS: Nah, I would never do you like that.

CS-1: Alright, alright.

Based on my training, experience, and knowledge of this investigation, I believe that CS-1 asking, "They want to know if you have any more of them?" was a reference to "they"—the people who CS-1 would (hypothetically) turn around and sell the firearm to for profit—wanting to know if LEWIS has any more firearms for sale. LEWIS responded that he needed to ask his "cousin," who based on the prior conversations, I believe is his source of supply.

Additionally, I believe that CS-1's question, "They don't got no bodies or nothing on it do it?" to be asking LEWIS if the firearm has ever been used in a shooting. This would lower the value of the firearm because of the possibility that it would be traced back to the shooting during a law enforcement investigation.

13. On August 10, 2023, at approximately 4:01 p.m., a black Dodge Charger bearing CA license plate 9GEN261 (registered owner Keshaun LEWIS) entered the National City Plaza parking lot. Investigators identified LEWIS inside the Charger.

14. On August 10, 2023, at approximately 4:02 p.m., LEWIS called CS-1, the following is a transcript of the conversation:

LEWIS: I'm over there by the taco shop I just see you pull in.

CS-1: You by yourself, right?

LEWIS: Yeah, my cousin here but he in a different car I'm going to do it by myself with you.

CS-1: Where you at, come down this way.

LEWIS: Turn right.

CS-1: Just hop in man.

Based on my training, experience, and knowledge of this investigation, I believe LEWIS stating, "my cousin here but he in a different car I'm going to do it by myself" to be in reference to one of the two other black male adults who are described below.

15. On August 10, 2023, at approximately 4:04 p.m., investigators on surveillance observed LEWIS and two other black male adults standing and talking near their vehicles in the National City Plaza parking lot. The individuals were standing near LEWIS' black Dodge Charger and a white Ford Ranger bearing CA license plate 6G99559 with registered owners Frank D Arnold or Gloria Jean Arnold. As discussed below, I believe PRICE III's mother to be Tiyanna Arnold; I believe Frank and Gloria Arnold to be her parents. The following photographs were taken by investigators on surveillance:







16. On August 10, 2023, at approximately 4:06 p.m., CS-1 arrived and parked next to LEWIS' black Dodge Charger. LEWIS entered the front passenger side door of CS-1's vehicle. The two black male adults who were talking to LEWIS got into the white Ford Ranger. Approximately three minutes later, LEWIS exited CS-1's vehicle and CS-1 departed. Approximately two minutes after that, the two black male adults departed in the white Ford Ranger and LEWIS departed in his black Dodge Charger.

17. Investigators continuously followed CS-1 back to the pre-arranged meeting area. Once arrived, investigators searched CS-1 and his/her vehicle for any contraband or additional weapons. CS-1 provided investigators with a plastic shopping bag containing an RPB Industries firearm, extended magazine with ten rounds of 9mm ammunition loaded, and a blue T-shirt. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in and/or affected interstate commerce to arrive in the State of California:



18. While in CS-1's vehicle, LEWIS asked CS-1 if he/she would consider trading guns for a vehicle in the future. LEWIS told CS-1 that the vehicle would be for one of the individuals who had come with him. Before discussing this further, CS-1 and LEWIS discussed the Mac 10. LEWIS can be heard on audio recording telling CS-1 that the gun is an Uzi, the clip has "hollows[4]" in it, and that it is not a ghost[5] gun. CS-1 then gave LEWIS $2,000 in United States currency and LEWIS provided the shopping bag containing the Mac 10, magazine, ammunition, and blue T-shirt. Before departing, CS-1 and LEWIS agreed to talk later about the vehicles.

---

[4] Based on my training, experience, and knowledge of this investigation, I believe the term "hollows" to be in reference to hollow-point bullets. After viewing the ammunition sold to CS-1 by LEWIS, I recognize these to be hollow-point bullets.

[5] Based on my training, experience, and knowledge of this investigation, I believe the term "ghost" to be in reference to a firearm that is unserialized or untraceable due to lack of serial number or manufacturer labeling.

19. Investigators reviewed the surveillance photographs of the two black male adults who arrived at the buy and left in the white Ford Ranger. Investigators identified one of the males as Clyde Ceasar PRICE III by comparing the surveillance photographs with CA DMV photographs, jail booking photographs, and social media accounts. Additionally, on September 17, 2023, PRICE III provided his phone number, 619-772-9577, to law enforcement. PRICE III provided the same phone number to San Diego County Probation on August 24, 2023. That phone number belongs to a T-Mobile cell phone listed with a subscriber name of Tiyanna R. Arnold and a subscriber address that is the same as the white Ford Ranger's CA DMV registered address. According to San Diego County jail visitation records, an individual who provided the name Tiyanna Arnold visited PRICE III on September 29, 2018, under the relationship "Other Family." On June 30, 2018, an individual who provided the name Ty Price, and listed the same telephone number as Tiyanna Arnold did on the September 29 visit, visited PRICE III under the relationship "Mother." Due to these factors, I believe Tiyanna Arnold to be the mother of PRICE III.

20. After reviewing multiple local law enforcement "Attempt to Identify" flyers showing a black male adult subject wanted for burglary-related charges around the San Diego area, investigators noticed that subject matched the physical description of the second black male adult who was present with PRICE III during the controlled purchase. After speaking with the local law enforcement detectives working the burglary cases, investigators conducted law enforcement database checks of Zeangelo Cinque Ahmad PUGH. After comparing jail booking photographs, height, weight, and skin complexion of PUGH with photographs of the second black male taken during the controlled purchase operation on August 10, 2023, investigators tentatively identified the second black male adult as PUGH.

Search Warrant of Clyde PRICE III's Cellular Telephone on April 24, 2025

21. A review of PRICE III's criminal history revealed that he was on probation with the San Diego County Probation Office during the time of the controlled purchase[6]. Investigators contacted PRICE III's Probation Officer, who informed investigators that PRICE III was out of compliance for his probation for reasons unrelated to the controlled purchase and that she would be arresting him and searching his electronic devices per terms of his probation. On August 28, 2023, the Probation Officer arrested PRICE III for violations of the terms of his probation. The Probation Officer confiscated a cell phone from the front right pocket of PRICE III's pants. The cell phone was later downloaded, and a thumb drive was provided to investigators.

22. On April 24, 2025, the Honorable Michael S. Berg, U.S. Magistrate Judge, Southern District of California, reviewed and signed a federal search warrant authorizing a search of the thumb drive containing mobile forensic data of PRICE III's cell phone. Investigators reviewed the phone data and discovered that on July 11, 2023, PRICE III received a text message from telephone number 619-348-9873 (the user hereinafter referred to as FNU LNU), who asked PRICE III if he knew "anyone tryna get a Mac" for a "Band."[7] PRICE III asked, "how much" and "Send me pictures." FNU LNU sent PRICE III a video of the Mac 10[8]. Screenshot below:

---

[6] During the search of PRICE III's cell phone described below, investigators discovered a message sent by PRICE III in June 2023 which showed an ankle monitor being removed from his leg with the caption "Freee." Based on this, I believe that PRICE III did have an ankle monitoring device, but it was removed prior to the Mac 10 controlled purchase on August 10, 2023. I believe that LEWIS still thought PRICE III had the device installed, and therefore told CS-1 that his cousin was on house arrest.

[7] Based on my training, experience, and knowledge of this investigation, I believe a "Band" means $1,000. I also believe "Mac" to be a reference to a Mac 10 firearm, which is the type of weapon that CS-1 purchased from LEWIS.

[8] Based on visual comparisons of the photograph sent by FNU LNU to the Mac 10 that was purchased from LEWIS on August 10, 2023, I believe it is the same firearm. This is



Approximately one minute after FNU LNU sent PRICE III the video, PRICE III sent the same video to telephone number 619-530-6367, believed to be used by PUGH,[9] with

---

based on size, overall shape, color, magazine size, manufacture label, and a distinct weld mark on the side of the firearm.

[9] On November 18, 2023, PUGH was arrested by the San Diego Police Department, who seized his cell phone. On November 30, 2023, the Honorable Jeffrey Fraser, Judge of the Superior Court, reviewed and signed a California state search warrant for PUGH's cellular telephone. A review of the phone revealed a phone number of 619-530-6367 and owner name "Bubba Gang." The individual known as AO Bubb has released multiple hip hop/rap songs and music videos on platforms such as YouTube, Spotify, and Apple Music under the same moniker. After reviewing the music videos, which show AO Bubb to have an identical distinct front neck tattoo, reading "BFB," to the California driver's license photo of PUGH, investigators believe that AO Bubb is PUGH's moniker. Based on the telephone numbers

the message, "U want this for a band." PUGH replied "Yup," "It's a nine,"[10] and "Automatic?" PRICE III messaged FNU LNU for clarification on the questions, asking "Is it a 9 or 45" and "Do you know if it a fully."[11] FNU LNU replied "It a 9" and "Asian I got it from said it's rigged to b fully." PRICE III messaged PUGH, "It's a fully," to which PUGH replied, "Tell em 900 rn." The messages continued but the Mac 10 was not purchased that evening.

23. On July 12, 2023, FNU LNU asked PRICE III, "You still want it," to which PRICE III replied "Yea" and "Can you drop it off."

24. On July 13, 2023, PUGH messaged PRICE III, "Brotha" and "See if bruh still wanna sell that ah ah."[12] Approximately 34 minutes later, FNU LNU asked PRICE III, "When you want me to bring it" and sent a photograph and video of the Mac 10. PRICE III sent PUGH the same photograph and video to which PUGH replied, "3247 Sageflower Dr San Diego, CA 92115 United States[13]." Based on the contents of the conversation, I believe PUGH told PRICE III to tell FNU LNU to deliver the Mac 10 to him at that address

---

matching, and belief that PUGH's moniker at the time was AO Bubb, I believe PUGH was the user of the cell phone during this time period.

[10] Based on my training, experience, and knowledge of this investigation, I believe "It's a nine" to be a question asking if the firearm fires 9mm ammunition.

[11] Based on my training, experience, and knowledge of this investigation, I believe the term "fully" to mean a fully automatic firearm.

[12] Based on my training, experience, and knowledge of this investigation, I believe the term "ah ah" to be referencing the Mac 10.

[13] In reviewing the two local law enforcement "Attempt to Identify" requests referenced earlier in this complaint, investigators noticed that the subject in both grand theft investigations, who is believed to be PUGH, was seen driving away from each crime scene in a silver BMW sedan bearing California license plate 7FUV647. A California Department of Motor Vehicles records check does not list a registered owner for this license plate. A license plate reader search of the license plate located the vehicle parked in the vicinity of 3247 Sageflower Drive, San Diego, CA 92115, on October 11, 2023.

so he could purchase it. The conversation continued throughout the day, in which FNU LNU agreed to bring the Mac 10 the next day for a price of $900.

25. On July 14, 2023, PUGH messaged PRICE III, "Brotha" and "See if bruh still coming." PRICE III told PUGH, "See me addy," which I believe to be shorthand for send me your address. PUGH replied, "3247 Sageflower Dr San Diego, CA 92115 United States." PRICE III then sent the address to FNU LNU. The conversation continued and ultimately indicated that FNU LNU drove the Mac 10 to 3247 Sageflower Drive, and that PUGH purchased it there.

26. On July 26, 2023, PUGH messaged PRICE III, "See who want this pole tell em 1300" and "Ima give you sum chicken to." PRICE III replied, "I got you brother I've been trying to lie [sic] somebody up" and "Line up somebody." Based on my training, experience, and knowledge of this investigation, I believe PUGH asked PRICE III to find someone to purchase the Mac 10 for $1,300 so he could make a profit on the sale. As payment for finding a purchaser, PUGH would give PRICE III a portion of the profit.

27. On July 29, 2023, PUGH messaged PRICE III, "See if niggas wanna trade this Mac for sum" to which PRICE III replied, "Alright."

28. On July 31, 2023, PUGH messaged PRICE III, "We need a lash bruh like fr fr," "Ion care if it's a band," "1 p," and "Sum like this shit krazzy I can't even find nun" to which PRICE III replied, "I got u brother." Based on my training, experience, and knowledge of this investigation, I believe PUGH was expressing his frustration at not being able to find someone to purchase firearms he has for sale. PUGH then sent PRICE III a video of the Mac 10 and a separate video of a Glock pistol appearing to have a machinegun conversion device, commonly referred to as a "switch," installed on the rear portion of the slide:

29. On August 1, 2023, PUGH messaged PRICE III, "See who want that Mac" and "ASAP." PRICE III replied, "I already been asking niggas" to which PUGH replied, "I'll sell that mf for $1300 $1200." Later that day, PUGH sent PRICE III the following photograph of the Mac 10:



Metadata from the photograph lists the "Scene Type" as a "Directly photographed image" with GPS latitude of N 32° 44' 27.19" and longitude of W 117° 3' 34.76" at a GPS Horizontal Positioning Error of 5.00 meters. An entry of the GPS coordinates in Google Maps shows the position to be near the backyard of 3247 Sageflower Drive, San Diego, CA 92115, the address which PUGH provided to PRICE III, and PRICE III provided to FNU LNU, to deliver the Mac 10 on July 14, 2023. Furthermore, this is the same photograph that was sent from Kynesha Owens to CS-1 on August 8, 2023, as described earlier in this complaint.

30. On August 2, 2023, PUGH messaged PRICE III, "Brotha Mac for 1100," "I need sum money fuck it," and "A band." Based on my training, experience, and knowledge of this investigation, I believe PUGH was telling PRICE III that he would take $1,000 for the Mac 10 because he needed money.

31. On August 7, 2023, PRICE III sent LEWIS, who continued to use telephone number 619-856-8286, the same photograph of the Mac 10 that PUGH sent to PRICE III on August 1, 2023.

32. On August 8, 2023, PUGH and PRICE III exchanged approximately five phone calls. On the same day, PRICE III and LEWIS exchange approximately four phone calls.

33. On August 9, 2023, PRICE III sent LEWIS two videos of the Mac 10. In the videos, a black male's right hand with tattoo "LIL" and black male's left hand with tattoo "JUNE" can be seen holding the Mac 10, removing the magazine, showing ammunition to be loaded in the magazine, and re-inserting the magazine into the firearm. Screenshots below:





Of note, a photograph dated March 4, 2023, which shows the word "LIL" tattooed on PRICE III's right hand, and "JUNE" tattooed on his left hand, was found within PRICE III's cell phone. Based on the direction of the videos being sent and tattoos on both hands, I believe PRICE III was handling the Mac 10 and ammunition in both videos. PRICE III and LEWIS exchanged approximately eight phone calls after the videos were sent. At approximately 7:54 p.m. that evening, LEWIS sent the video showing a black male's right hand with tattoo "LIL" to CS-1.

34. On August 10, 2023, at approximately 4:06 p.m., CS-1 conducted a controlled purchase of the Mac 10 for $2,000 as described above. Prior to that, on the same day, PRICE III and PUGH exchanged one phone call and PRICE III and LEWIS exchanged approximately 10 phone calls.

35. Based on my training, experience, knowledge of this investigation, and evidence outlined above, I believe that PUGH, through PRICE III's coordination, purchased the Mac 10 from FNU LNU with all parties having knowledge that it was fully automatic. PUGH then enlisted PRICE III's assistance to market it for sale to potential purchasers, including LEWIS (who also knew the Mac 10 was a fully automatic firearm). PUGH and PRICE III then jointly transferred the Mac 10 to LEWIS, who sold it to CS-1 for $2,000.

## FBI Laboratory Testing of the Mac 10

36. The Mac 10 was sent to the FBI Laboratory in Quantico, Virginia, for subsequent testing. Examiners within the Firearms/Toolmarks Unit confirmed that the Mac 10 was modified to operate as an open-bolt full-auto machine pistol and is a machinegun under federal law. Additionally, examiners within the Latent Print Operations Unit utilized the Next Generation Identification system to identify PUGH's fingerprint on the plastic bag that the Mac 10 was delivered to CS-1 in on August 10, 2023.

## Court Authorized Title III Interception of LEWIS and PRICE III on October 24, 2023

37. On October 19, 2023, the Honorable William Q. Hayes, United States District Judge, Southern District of California, authorized the interception of wire communications

of cell phone number (619) 856-8286, used by LEWIS, which is the same phone number used to arrange the firearm sale described above.

38. On October 24, 2023, at approximately 11:27 a.m., CS-1, under the direction of investigators, called LEWIS. The following wire communications were intercepted:

LEWIS: "What's up bud?"

CS-1: "Hey what's up man? Hey um, are you around?"

LEWIS: "Yeah, I'm trying to get my car out the impound, why? What you need, what's happening?"

CS-1: "Say again."

LEWIS: "I'm trying to get my car out the impound. What's happening, what you need?"

CS-1: "I had somebody that was looking for something that you might have."

LEWIS: "Yeah, what they want? What they trying to do?"

CS-1: "They need some burners[14] man."

LEWIS: "Huh?"

CS-1: "Burners."

LEWIS: "Oh how many?"

CS-1: "Just two is cool man. This is uh, one of my homeboys, actually. He's living in a hotel, and somebody pulled a gun out on him, and just, he's about the only person I know is consistent."

LEWIS: "Yeah, I can my boy right now."

CS-1: "Alright hit me up, let me know something."

LEWIS: "Alright, I got you right now."

CS-1: "Alright."

---

[14] Based on my training, experience, and knowledge of this investigation, I believe "burners" in this context refers to a firearm that can be thrown away or disposed of after it is used in a crime.

39. On October 24, 2023, at approximately 11:28 a.m., LEWIS called PRICE III, who used telephone number (619) 772-9577, which is the same telephone number described in Paragraph 20 as well as of the cell phone seized from PRICE III by San Diego County Probation on August 28, 2023. The following wire communications were intercepted:

LEWIS: "Hey relly[15]"

PRICE III: "What's up Blood?"

LEWIS: "What's the deal bro?"

PRICE III: "Shit, boolin"

LEWIS: "Aye, you got two of them things[16] or what?"

PRICE III: "Nigga what you trying to do?"

LEWIS: "He trying to get two of them, he just called me right now, he said trying to get two."

PRICE III: "I got one, I got a bully[17] though."

LEWIS: "Well how much that go for?"

PRICE III: "That shit like 18[18], brother."

---

[15] Based on my training, experience, and knowledge of this investigation, I believe the term "relly" to be slang for relative or a very close friend.

[16] Based on my training, experience, and knowledge of this investigation, I believe the term "things" to be in reference to firearms.

[17] Based on my training, experience, and knowledge of this investigation, I believe the term "bully" to be in reference to a fully automatic firearm.

[18] Based on my training experience, and knowledge of this investigation, I believe the number "18" to be in reference to a fully automatic firearm that PRICE III is offering to sell for $1,800.

LEWIS: "Blood, why you always trying to tax[19], run my pockets out the bread[20], Blood."

PRICE III: "Nah bro, it's the fully[21] bro."

LEWIS: "Which one, the one that you sent me?"

PRICE III: "The one with the switch[22]."

LEWIS: "He don't want that for 18, Blood. That's a hand-jack."

PRICE III: "Nigga, that's a machine gun, that shit more than a hand thing."

LEWIS: "Blood, he want something big, well Blood he trying to get the hand thing, Blood. We could get that on for like 14[23] though."

PRICE III: "But, shit yeah I can get two though. But I got…[unintelligible]."

LEWIS: "If you get two of them, he trying to buy two of them right now."

PRICE III: "I can get two of them."

LEWIS: "He called me, he said he need them ASAP, ASAP Rocky."

---

[19] Based on my training, experience, and knowledge of the investigation, I believe the term "tax" to mean charging more than you paid for an item to make money.

[20] Based on my training, experience, and knowledge of the investigation, I believe the term "bread" to be in reference to money.

[21] Based on my training, experience, and knowledge of this investigation, I believe the term "fully" to be in reference to a fully automatic firearm.

[22] Based on my training, experience, and knowledge of this investigation, I believe the term "switch" to be in reference to a modification that can transform a semi-automatic handgun into a fully automatic firearm.

[23] Based on my training experience, and knowledge of this investigation, I believe the number "14" to be in reference to LEWIS trying to convince PRICE III to sell the firearm for $1,400.

At this point in the conversation, an unidentified male voice, which was later identified as PUGH[24], started to communicate to LEWIS through PRICE III's cell phone, which appeared to be on speakerphone mode. The conversation continued:

PUGH: "I got one for, I sell my bully for 16[25], and it's a, I know a, I got a ghost. It's a Nigga with a ghost and he want eight hundred."

LEWIS: "Yeah so Blood, so if you want to get both of them thing …[unintelligible]…I put my lil bid on it[26]."

[Unintelligible]

LEWIS: "Blood y'all supposed to be fucking trying to work a Nigga, work work work work."

PUGH: "[Unintelligible]…you know how much this fully costs? Nigga this is a Glock 23, Nigga, Gen 3, Nigga with a fully automatic Glock switch, Nigga."

LEWIS: "I see you over there with big bands, let me get some of that Bubb money Blood."

PUGH: "Yeah I see you Nigga, you follow me Nigga, K-Brazy."[27]

LEWIS: "On Blood…[unintelligible]."

PUGH: "Blood, tell that Nigga to pay 16 bro."

---

[24] During the conversation, investigators believe LEWIS said "Bubb" as a reference to PUGH, whose nickname is AO Bubb. Additionally, after comparing the voice audio of the music videos with the intercepted communications, investigators believe the third male speaking to LEWIS in this call to be PUGH.

[25] Based on my training experience, and knowledge of this investigation, I believe the number "16" to be in reference to PUGH offering to sell a firearm for $1,600.

[26] Based on my training, experience, and knowledge of this investigation, I believe the phrase "put my lil bid on it" to be LEWIS indicating that he will charge CS-1 a greater price for the firearms than what PRICE III is asking. The difference between what PRICE III is asking and what CS-1 pays will be LEWIS' profit from the transaction.

[27] Based on my training, experience, and knowledge of the investigation, I believe "you follow me" to be a reference to activity on Instagram.

[LEWIS, PRICE III, and PUGH have unrelated conversation.]

LEWIS: “Hey but what’s up though, you only got one or two Blood? Let me know so I can call ‘em back.”

PRICE III: “I only got one, brother, and it’s a bully bro.”

LEWIS: “Alright Blood, I’m about to call ‘em back and say yo Nigga … [unintelligible] …I’m gonna charge you 18.”

PRICE III: “It’s a machine gun.”

LEWIS: “Yeah I’m about to call him right now.”

PRICE III: “Alright.”

40. On October 24, 2023, at approximately 12:34 p.m., LEWIS texted two photographs of two different black handguns to CS-1’s consensually monitored phone. At approximately 1:07 p.m., LEWIS texted CS-1’s consensually monitored phone: “1700 for both”. Under investigators’ direction, CS-1 objected to LEWIS’ price, and the firearms purchase did not take place. Based on my training, experience, and knowledge of this investigation, I believe the intercepted phone calls between LEWIS and PRICE III on October 24, 2023, to further demonstrate that PRICE III and PUGH are LEWIS’ source of supply for firearms.

<u>Records Checks and Criminal History for LEWIS PRICE III, and PUGH</u>

41. Records checks of the National Firearms Registration and Transfer Record were completed by employees of the Bureau of Alcohol, Tobacco, and Firearms. These checks revealed that neither PRICE III, PUGH, nor LEWIS have any firearms registered to them, to include the Mac 10 referenced in this complaint. Additional checks revealed that no defendant is a licensed dealer of firearms within meaning of Chapter 44, Title 18 USC.

42. Records checks on Keshaun LEWIS revealed the following relevant criminal history:

| DATE OF CONVICTION | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 05/27/2014 | CASC – San Diego | CA H.S. §11351.5 – Possession/Purchase Cocaine Base for Sale (Felony) | 4 years probation |
| 05/09/2022 | CASC – San Diego | CA P.C. §245(A)(4) – Assault with Deadly Weapon with Force: Possible Great Bodily Injury (Felony) | 81 days jail, 2 years probation |
| 02/07/2024 | CASC – San Diego Central | CA V.C. §2800.2(A) – Evade Peace Ofcr: Disregard Safety (Felony) | 2 years prison |

43. Records checks on Clyde PRICE III revealed the following relevant criminal history:

| DATE OF CONVICTION | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 08/13/2018 | CASC – San Diego Central | CA V.C. §2800.2(A) Evade Peace Officer: Disregard Safety (Felony) | 365 days jail, 3 years probation |
| 01/12/2023 | CASCMC – El Cajon | CA P.C. §273.5(A) – Inflict Corporal Injury: Spouse/Cohabitant (Felony); CA P.C. §166(C)(1) – Contempt: Violate Protective Order | 180 days jail, 3 years probation |
| 03/19/2025 | CASO – San Diego | CA P.C. §273.5(A) – Inflict Corporal Injury: Spouse/Cohabitant (Felony) | 4 years prison |

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause one or more of the defendants to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.